COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
PAUL J. GELLER
DOUGLAS WILENS
SABRINA E. TIRABASSI
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL FINANCIAL, INC., ARTHUR F. RYAN, RICHARD J. CARBONE, PETER B. SAYRE, DENNIS G. SULLIVAN, FREDERIC K. BECKER, GORDON M. BETHUNE, GASTON CAPERTON, GILBERT F. CASELLAS, JAMES G. CULLEN, WILLIAM H. GRAY III, | Case No. 2:09-cv-01120-JLL-CCC<br><br><u>CLASS ACTION</u><br><br>NOTICE OF WITHDRAWAL OF MOTION |

JON F. HANSON, CONSTANCE J. HORNER, KARL J. KRAPEK, JAMES A. UNRUH, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO. INCORPORATED, UBS SECURITIES LLC, WACHOVIA CAPITAL MARKETS, LLC, BANC OF AMERICA SECURITIES LLC, RBC CAPITAL MARKETS CORPORATION, J.P. MORGAN SECURITIES INC. and PRICEWATERHOUSECOOPERS LLP,

Defendants.

---

NOAH HADDOCK, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

PRUDENTIAL FINANCIAL, INC., ARTHUR F. RYAN, RICHARD J. CARBONE, PETER B. SAYRE, DENNIS G. SULLIVAN, FREDERIC K. BECKER, GORDON M. BETHUNE, W. GASTON CAPERTON, III, GILBERT F. CASELLAS, JAMES G. CULLEN, WILLIAM H. GRAY, III, JON F. HANSON, CONSTANCE J. HORNER, KARL L. KRAPEK, JAMES A. UNRUH, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH

Case No. 2:09-cv-01771-JLL-CCC

INCORPORATED, MORGAN )
STANLEY & CO. INCORPORATED, )
UBS SECURITIES LLC, WACHOVIA )
CAPITAL MARKETS, LLC, BANC )
OF AMERICA SECURITIES LLC, )
RBC CAPITAL MARKETS )
CORPORATION, J.P. MORGAN )
SECURITIES INC. and )
PRICEWATERHOUSECOOPERS, )
LLP, )
)
Defendants. )
)

PLEASE TAKE NOTICE that Karen M. Bauer and Anthony Salvatore ("Movants") respectfully submit this Notice of Withdrawal of their motion for appointment as lead plaintiffs. Movants recognize that they do not possess the largest financial interest of the competing lead plaintiff movants. However, should the Court determine that the movants with the largest financial interest are unable, unwilling, or unqualified to serve as lead plaintiff, Movants stand ready, willing and able to assume that role on behalf of the class.

DATED: May 15, 2009

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
PETER S. PEARLMAN

*s/ Peter S. Pearlman*
PETER S. PEARLMAN

**SO ORDERED:** [signature]
**DATED:** 5-18-09

Park 80 Plaza West-One
Saddle Brook, NJ 07663
Telephone: 201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com

Counsel for Movants

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
PAUL J. GELLER
DOUGLAS WILENS
SABRINA E. TIRABASSI
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@csgrr.com
dwilens@csgrr.com
stirabassi@csgrr.com

Counsel for Movants