**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>PRUDENTIAL FINANCIAL, INC., et al.,<br><br>Defendants. | Civil Action No.: 09-1120 (JLL)<br><br>**ORDER** |

| | |
|---|---|
| NOAH HADDOCK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>PRUDENTIAL FINANCIAL, INC., et al.,<br><br>Defendants. | Civil Action No.: 09-1771 (JLL)<br><br>**ORDER** |

Currently before this Court is a motion for consolidation of the above matters and a motion for appointment as Lead Plaintiff and approval of Izard Nobel LLP as Lead Counsel and Lite DePalma Greenberg & Rivas, LLC as Liaison Counsel filed by Paul J. Perry, on Behalf of the Paul J. Perry Revocable Trust. This Court has considered Mr. Perry's submission and other related submissions in these actions and finds that:

1. On May 11, 2009 Karen M. Bauer and Anthony Salvatore also filed a motion for appointment as lead plaintiffs. That motion was voluntarily withdrawn May 19, 2009. In their notice of withdrawal, Ms. Bauer and Mr. Salvatore stated that they "recognize that they do not possess the largest financial interest of the competing lead plaintiffs."

2. Therefore, it appears to this Court that there are no longer competing claims for the appointment of Lead Plaintiff, and, after review of the submissions, this Court finds that, pursuant to § 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), Paul J. Perry is the most adequate plaintiff.

Therefore, it is on this 22nd day of May, 2009,

**ORDERED** that Paul J. Perry's motion to consolidate and for the appointment as Lead Plaintiff and appointment of Lead Counsel (09-1120 CM/ECF No. 24) is GRANTED, and it is further

**ORDERED** that the above-referenced actions are hereby consolidated for all purposes into civil action number 09-1120; and it is further

**ORDERED** that the Clerk shall administratively terminate civil action number 09-1771; and it is further

**ORDERED** that Paul J. Perry is appointed Lead Plaintiff in the consolidated action on behalf of investors who purchased depositary shares of Prudential Financial, Inc. 9% Junior Subordinated Notes pursuant and/or traceable to a registration statement and prospectus issued in connection with Prudential's June 2008 initial public offering of the Securities, the "Class"; and it is further

**ORDERED** that the law firm Izard Nobel LLP is appointed Lead Counsel and Lite DePalma Greenberg & Rivas, LLC is appointed as Liaison Counsel for Plaintiff and the Class.

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE