Brian E. Pastuszenski (*pro hac vice*)
Deborah S. Birnbach (*pro hac vice*)
Sarah Heaton Concannon (*pro hac vice*)
Katherine G. McKenney (*pro hac vice*)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel: (617) 570-1000

Liza M. Walsh
Peter J. Pizzi
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 535-0500

*Counsel for Prudential Financial, Inc., Arthur F. Ryan, Richard J. Carbone, Peter B. Sayre, Dennis G. Sullivan, Frederic K. Becker, Gordon M. Bethune, Gaston Caperton, Gilbert F. Casellas, James G. Cullen, William H. Gray III, Jon F. Hanson, Constance J. Horner, Karl J. Krapek, and James A. Unruh*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KAREN M. BAUER, Individually and | ) | |
| on Behalf of All Others Similarly Situated, | ) | Civil Action No. 09-01120 (JLL) |
| | ) | |
| Plaintiff, | ) | CONSOLIDATED ACTION |
| v. | ) | |
| | ) | Honorable Jose L. Linares |
| PRUDENTIAL FINANCIAL, INC., et al., | ) | |
| | ) | Return Date: January 19, 2010 |
| Defendants. | ) | |
| | ) | Oral Argument Requested |

**NOTICE OF THE PRUDENTIAL DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that on January 19, 2010,[1] or at such time as may be designated by the Court, Defendants Prudential Financial, Inc., Arthur F. Ryan, Richard J. Carbone, Peter B. Sayre, Dennis G. Sullivan, Frederic K. Becker, Gordon M. Bethune, Gaston Caperton, Gilbert F. Casellas, James G. Cullen, William H. Gray III, Jon F. Hanson, Constance J. Horner, Karl J. Krapek, and James A. Unruh (the "Individual Defendants") (collectively, the "Prudential Defendants") shall move the Court at the Martin Luther King, Jr., Federal Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey, pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure to dismiss the Consolidated Amended Class Action Complaint in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Prudential Defendants will rely upon the accompanying Memorandum of Law and Declaration of Katherine G. McKenney and exhibits thereto in support of the motion. A Proposed Order is also being submitted with this motion.

**PLEASE TAKE FURTHER NOTICE** that Prudential Defendants request oral argument on this motion if opposition is timely filed.

---

[1] On April 13, 2009, the Court entered an Order approving the parties' Stipulation Extending Time to Respond to the Complaint. *See* Docket Entry No. 16. Pursuant to the Stipulation, Defendants' reply to any opposition filed by Plaintiffs would be due on or about January 4, 2010.

Dated: September 21, 2009

Respectfully submitted,

/s/ Liza M. Walsh

Liza M. Walsh
Peter J. Pizzi
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 535-0500
Fax: (973) 535-9217

Brian E. Pastuszenski
Deborah S. Birnbach
Sarah Heaton Concannon
Katherine G. McKenney
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

*Counsel for Prudential Financial, Inc. and the Individual Defendants*