SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

Jeffrey J. Greenbaum
Member of the Firm
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

ORDER ON ORAL MOTION

September 25, 2009

**By Electronic Filing and Regular Mail**

The Honorable Claire C. Cecchi
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re:** ***Bauer v. Prudential Financial, et al.;***
**Civil Action No. 09-1120(JLL-CCC)**

Dear Judge Cecchi:

This firm and Sidley Austin LLP represent defendants Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. Incorporated, UBS Securities LLC, Wachovia Capital Markets, LLC, Banc of America Securities LLC, RBC Capital Markets Corporation, and J.P. Morgan Securities Inc. (the "Underwriter Defendants") in the above referenced matter. Pursuant to my conversation with Your Honor's law clerk, who called at the direction of Judge Linares, this letter is being submitted to request that the pending motions to dismiss filed by the Underwriter Defendants be withdrawn without prejudice. In view of the extended briefing schedule, Judge Linares has asked that the parties adhere to the prior Appendix N procedure. Thus, the parties will serve their motion papers in accordance with April 9, 2009 Stipulation and Order Extending Time to Respond to Complaint, and defendants have complied with that Stipulation by serving their initial motions to dismiss in a timely manner on September 21, 2009. When the pending motions are fully briefed, the parties will electronically file and submit their courtesy copies of the motion papers. Accordingly, we respectfully request the withdrawal of the Underwriter Defendants' pending motion without prejudice in accordance with the Court's directives.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Jeffrey J. Greenbaum

JEFFREY J. GREENBAUM

cc: All counsel of record (by electronic filing only)

The Clerk shall administratively terminate the Underwriter Defendants' motion to dismiss. (Docket Entry No. 58). As set forth above, such motion shall be re-filed pursuant to the procedure set forth in the former Appendix N to the Local Rules of this District.

SO ORDERED

s/Claire C. Cecchi

Claire C. Cecchi, U.S.M.J.

**Date:** September 29, 2009