# CONNELL FOLEY LLP

### ATTORNEYS AT LAW

**85 LIVINGSTON AVENUE**
**ROSELAND, N.J. 07068-3702**
**(973) 535-0500**
**FAX: (973) 535-9217**

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
WILLIAM H. GRAHAM⁺
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*⁺
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
JOHN K. BENNETT
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF⁺
PATRICK J. HUGHES*⁺
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER

WILLIAM T. MCGLOIN*
BRENDAN JUDGE
CHARLES J. HARRINGTON III⁺
DAREN S. MCNALLY*
STEPHEN V. FALANGA*
JEFFREY L. O'HARA
TRICIA O'REILLY*
ANTHONY F. VITIELLO*⁺
MARC D. HAEFNER
JONATHAN P. MCHENRY
JAMES P. RHATICAN*⁺
MATTHEW W. BAUER*
BRAD D. SHALIT*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
BARBARA M. ALMEIDA*

————

COUNSEL
JOHN W. BISSELL
JOHN B. LA VECCHIA
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
STEVE BARNETT*
KARIN I. SPALDING*
JODI ANNE HUDSON*
CORNELIUS J. O'REILLY*
RICHARD A. JAGEN
NANCY A. SKIDMORE*
THOMAS M. SCUDERI*

ELIZABETH M. TRANTINA*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
ELIZABETH W. EATON
JOSEPH M. MURPHY
JASON E. MARX*
MICHAEL A. SHADIACK
OWEN C. MCCARTHY
PATRICIA A. LEE*⁺
DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
AGNES ANTONIAN*
BRYAN P. COUCH*
GREGORY E. PETERSON*
HECTOR D. RUIZ*
NEIL V. MODY*
ROBERT A. VERDIBELLO*
MICHAEL J. ACKERMAN*
MELISSA A. ZAWADZKI*
MEGHAN C. GOODWIN*
MATTHEW S. SCHULTZ*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
MATTHEW I. GENNARO*
DANIELA R. D'AMICO*
DANIA BILLINGS MURPHY*
CHRISTINE I. GANNON*

PHILIP W. ALLOGRAMENTO III*
CATHERINE G. BRYAN⁺
JAMES C. HAYNIE*
LAURIE B. KACHONICK*
MICHAEL D. RIDENOUR*
MEGAN M. ROBERTS*
ANDREW C. SAYLES*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
AARON M. BENDER
ANTHONY J. CORINO
WILLIAM D. DEVEAU*
DANIEL B. KESSLER*
CONOR F. MURPHY*
MEGHAN B. BARRETT*
RUKHSANAH L. LIGHARI
NICOLE B. DORY*
PATRICK E. DURING
CHRISTIAN J. JENSEN*
JOSEPH A. VILLANI, JR.*
LEE B. WILSON
ANDREW B. BUCKMAN
E. KEVIN VOLZ
BETH A. FERLICCHI
JENNIFER E. CONSTANTINOU
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI
MONICA SETH*
MELISSA D. LOPEZ
NEHA BANSAL

**JERSEY CITY OFFICE**
**HARBORSIDE FINANCIAL CENTER**
**2510 PLAZA FIVE**
**JERSEY CITY, N.J. 07311-4029**
**(201) 521-1000**
**FAX: (201) 521-0100**

**NEW YORK OFFICE**
**888 SEVENTH AVENUE**
**NEW YORK, N.Y. 10106**
**(212) 262-2390**
**FAX: (212) 262-0050**

**PHILADELPHIA OFFICE**
**1500 MARKET STREET**
**PHILADELPHIA, PA 19102**
**(215) 246-3403**
**FAX: (215) 665-5727**

**PLEASE REPLY TO ROSELAND, NJ**

*ALSO ADMITTED IN NEW YORK
⁺ALSO ADMITTED IN PENNSYLVANIA

January 19, 2010

***Via ECF and First-Class Mail***
Honorable Jose L. Linares, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King. Jr. Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:   ***Bauer v. Prudential Financial, Inc., et al.***
>          **Civil Action No. 09-1120**

Dear Judge Linares:

      This firm, together with Goodwin Procter LLP, represents Defendants Prudential Financial, Inc., Arthur F. Ryan, Richard J. Carbone, Peter B. Sayre, Dennis G. Sullivan, Frederic K. Becker, Gordon M. Bethune, Gaston Caperton, Gilbert F. Casellas, James G. Cullen, William H. Gray III, Jon F. Hanson, Constance J. Horner, Karl J. Krapek, and James A. Unruh (collectively "Prudential Defendants") in the above-captioned action.  We write to request leave to file an over-length reply brief in further support of Prudential Defendants' motion to dismiss the Consolidated Amended Class Action Complaint.

      As the Court is aware, this matter involves a consolidated class action complaint, which asserts causes of action arising under Sections 11 and 15 of the Securities Act of 1933 relating to Prudential's public offering of 9% junior subordinated notes.  On September 21, 2009, Prudential Defendants moved to dismiss the Consolidated Amended Class Action Complaint on the basis

Honorable Jose L. Linares, U.S.D.J.
January 19, 2010
Page 2

that it fails to state a claim arising under the 1933 Securities Act.  Plaintiffs responded to this motion, as well as the motion to dismiss brought by the Underwriter Defendants, on December 8, 2009.  Prudential Defendants' reply brief is currently due on January 26, 2010.  (*See* Doc. No. 69).

Local Civil Rule 7.2(b) and (d) permits Prudential Defendants to file a reply brief that consists of 15 pages where a 14-point proportional font is used.  Prudential Defendants believe that they will need to file a reply brief in excess of that page limitation.  Specifically, Prudential Defendants, with the Court's permission, would like to file a reply brief not to exceed 30 pages in 14-point proportional font.  Counsel for Plaintiffs and the Underwriter Defendants have consented to this request.

This is Prudential Defendants' first request for leave to file an overlength brief in this matter.

Accordingly, it is respectfully requested that the Court grant Prudential Defendants leave to file an over-length reply brief not to exceed 30 pages in 14-point proportional font in order to adequately address the complex issues raised in its motion to dismiss.

As always, we appreciate Your Honor's attention to this matter.

Respectfully submitted,


*s/Liza M. Walsh*
Liza M. Walsh


cc:   Honorable Claire C. Cecchi, U.S.M.J. (via ECF and first-class mail)
      All Counsel of Record (via ECF)

2273813-01