Brian E. Pastuszenski (*pro hac vice*)
Deborah S. Birnbach (*pro hac vice*)
Sarah Heaton Concannon (*pro hac vice*)
Katherine G. McKenney (*pro hac vice*)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel: (617) 570-1000

Liza M. Walsh
Peter J. Pizzi
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 535-0500

*Counsel for Prudential Financial, Inc., Arthur F. Ryan,*
*Richard J. Carbone, Peter B. Sayre, Dennis G. Sullivan,*
*Frederic K. Becker, Gordon M. Bethune, Gaston Caperton,*
*Gilbert F. Casellas, James G. Cullen, William H. Gray III,*
*Jon F. Hanson, Constance J. Horner, Karl J. Krapek,*
*and James A. Unruh*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated, ) | Civil Action No. 09-01120 (JLL) |
| ) | |
| Plaintiff, ) | CONSOLIDATED ACTION |
| v. ) | |
| ) | Honorable Jose L. Linares |
| PRUDENTIAL FINANCIAL, INC., et al., ) | |
| ) | Return Date: January 19, 2010 |
| Defendants. ) | |
| ) | Oral Argument Requested |

### NOTICE OF THE PRUDENTIAL DEFENDANTS' MOTION TO DISMISS
### THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that on January 19, 2010,[1] or at such time as may be designated by the Court, Defendants Prudential Financial, Inc., Arthur F. Ryan, Richard J. Carbone, Peter B. Sayre, Dennis G. Sullivan, Frederic K. Becker, Gordon M. Bethune, Gaston Caperton, Gilbert F. Casellas, James G. Cullen, William H. Gray III, Jon F. Hanson, Constance J. Horner, Karl J. Krapek, and James A. Unruh (the "Individual Defendants") (collectively, the "Prudential Defendants") shall move the Court at the Martin Luther King, Jr., Federal Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey, pursuant to Rule 12(b)(6) and Rule 9(b) of the Federal Rules of Civil Procedure to dismiss the Consolidated Amended Class Action Complaint in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Prudential Defendants will rely upon the accompanying Memorandum of Law and Declaration of Katherine G. McKenney and exhibits thereto in support of the motion.  A Proposed Order is also being submitted with this motion.

**PLEASE TAKE FURTHER NOTICE** that Prudential Defendants request oral argument on this motion if opposition is timely filed.

---

[1] On April 13, 2009, the Court entered an Order approving the parties' Stipulation Extending Time to Respond to the Complaint.  *See* Docket Entry No. 16.  Pursuant to the Stipulation, Defendants' reply to any opposition filed by Plaintiffs would be due on or about January 4, 2010.

Dated:  September 21, 2009          Respectfully submitted,

                                    /s/ Liza M. Walsh
                                 Liza M. Walsh
                                 Peter J. Pizzi
                                 CONNELL FOLEY LLP
                                 85 Livingston Avenue
                                 Roseland, New Jersey 07068
                                 Tel: (973) 535-0500
                                 Fax: (973) 535-9217

                                 Brian E. Pastuszenski
                                 Deborah S. Birnbach
                                 Sarah Heaton Concannon
                                 Katherine G. McKenney
                                 GOODWIN PROCTER LLP
                                 53 State Street
                                 Boston, MA 02109
                                 Tel: (617) 570-1000
                                 Fax: (617) 523-1231

                                 *Counsel for Prudential Financial,*
                                 *Inc. and the Individual Defendants*