SILLS CUMMIS & GROSS P.C.
Jeffrey J. Greenbaum
Katherine M. Lieb
One Riverfront Plaza
Newark, New Jersey  07102-5400
(973) 643-7000

SIDLEY AUSTIN LLP
A. Robert Pietrzak
Alex J. Kaplan
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

*Attorneys for Defendants Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. Incorporated, UBS Securities LLC, Wachovia Capital Markets, LLC, Banc of America Securities LLC, RBC Capital Markets Corporation, and J.P. Morgan Securities Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated, | : : : | Civil Action No. 09-1120 (JLL-CCC) Consolidated Action |
| Plaintiff, | : : | Honorable Jose L. Linares United States District Judge |
| v. | : | **NOTICE OF MOTION TO DISMISS** |
| PRUDENTIAL FINANCIAL, INC., et al. | : : | (Electronically Filed Document) |
| Defendants. | : : | |

TO:        Attorneys of Record

COUNSEL:

PLEASE TAKE NOTICE THAT, pursuant to the April 9, 2009 Stipulation and Order Extending Time to Respond to Complaint, on January 19, 2010 at 9:00 A.M. in the forenoon, or as soon thereafter as counsel may be heard, defendants Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. Incorporated, UBS Securities LLC, Wachovia Capital Markets, LLC, Banc of America Securities LLC, RBC Capital Markets Corporation, and J.P. Morgan Securities Inc. (collectively, the "Underwriter Defendants") shall move before the Honorable Jose L. Linares, U.S. District Court, M.L. King, Jr., Federal Bldg. & Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 9(b), dismissing with prejudice Plaintiff's Consolidated Class Action Complaint.

PLEASE TAKE FURTHER NOTICE that the Underwriter Defendants rely upon the Memorandum of Law submitted herewith as well as the Memorandum of Law and other submissions by the Prudential Defendants. A proposed Order is also submitted.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

        Respectfully submitted,

        SILLS CUMMIS & GROSS P.C.
        One Riverfront Plaza
        Newark, New Jersey  07102-5400
        (973) 643-7000
        By:  s/ Jeffrey J. Greenbaum
            JEFFREY J. GREENBAUM
            KATHERINE M. LIEB

        SIDLEY AUSTIN LLP
        A. Robert Pietrzak
        Alex J. Kaplan
        787 Seventh Avenue
        New York, New York 10019
        (212) 839-5300

*Attorneys for Defendants Citigroup Global Markets Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. Incorporated, UBS Securities LLC, Wachovia Capital Markets, LLC, Banc of America Securities LLC, RBC Capital Markets Corporation, and J.P. Morgan Securities Inc.*

Dated:  September 21, 2009