Case 2:09-cv-01120-JLL-CCC Document 78 Filed 02/03/10 Page 1 of 7

LDG ATTORNEYS AT LAW
LITE DEPALMA GREENBERG, LLC
Newark • Chicago

Two Gateway Center, 12th Floor
Newark, NJ 07102

Tel: 973.623.3000
Fax: 973.623.0858
www.litedepalma.com

February 3, 2010

**VIA ECF**
Hon. Jose L. Linares, U.S.D.J..
U.S. District Court
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: Bauer v. Prudential Financial, Inc.**
**Consolidated Civil Action No. 09-1120 (JLL)**

Dear Judge Linares:

This firm, together with Izard Nobel LLP, represents Lead Plaintiff Paul J. Perry in the referenced matter. In connection with the Prudential Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint currently before the Court, we write respectfully to request the Court's permission to file the three page surreply brief annexed hereto as Exhibit A to address two narrow issues first raised by the Prudential Defendants on reply.

Although counsel for Plaintiff has not shared the contents of the proposed surreply with counsel for the Prudential Defendants in advance, counsel for these Defendants previously advised that, given Plaintiff's consent to Defendants' request to file a 30 (rather than 15) page reply brief, Defendants would not object to such a submission if the surreply were limited to addressing new arguments that had been raised for the first time in Defendants' reply brief. Counsel for Plaintiff respectfully submit that the proposed surreply is limited to such new issues, and that permission to file this short surreply brief is especially warranted given the Court's order of September 22, 2009, that it will decide Defendants' motion on the papers, without oral argument.

We thank the Court for its kind consideration of this request.

Respectfully,

/s/ Katrina Carroll
Katrina Carroll

KC:nd
Enclosures
cc: All Counsel (via ECF)

**SO ORDERED:** [signature]
**DATED:** 2-4-10

230133 v1