Brian E. Pastuszenski (*pro hac vice*)
Deborah S. Birnbach (*pro hac vice*)
Kathryn L. Alessi (*pro hac vice admission pending*)
Katherine G. McKenney (*pro hac vice*)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel: (617) 570-1000

Liza M. Walsh
Peter J. Pizzi
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 535-0500

*Counsel for Prudential Financial, Inc., Arthur F. Ryan, Richard J. Carbone, Peter B. Sayre, Dennis G. Sullivan, Frederic K. Becker, Gordon M. Bethune, Gaston Caperton, Gilbert F. Casellas, James G. Cullen, William H. Gray III, Jon F. Hanson, Constance J. Horner, Karl J. Krapek, and James A. Unruh*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated, | ) | Civil Action No. 09-01120 (JLL) |
| Plaintiff, | ) | CONSOLIDATED ACTION |
| v. | ) | Honorable Jose L. Linares |
| PRUDENTIAL FINANCIAL, INC., et al., | ) | |
| Defendants. | ) | Oral Argument Requested |

**NOTICE OF THE PRUDENTIAL DEFENDANTS' MOTION TO DISMISS THE AMENDED ALLEGATIONS OF THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that, as soon as counsel may be heard,[1] Defendants Prudential Financial, Inc., Arthur F. Ryan, Richard J. Carbone, Peter B. Sayre, Dennis G. Sullivan, Frederic K. Becker, Gordon M. Bethune, Gaston Caperton, Gilbert F. Casellas, James G. Cullen, William H. Gray III, Jon F. Hanson, Constance J. Horner, Karl J. Krapek, and James A. Unruh (the "Individual Defendants") (collectively, the "Prudential Defendants") shall move the Court at the Martin Luther King, Jr., Federal Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Amended Allegations of the Second Amended Consolidated Class Action Complaint in this matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Prudential Defendants will rely upon the accompanying Memorandum of Law and Declaration of Katherine G. McKenney and exhibits thereto in support of the motion. A Proposed Order is also being submitted with this motion.

**PLEASE TAKE FURTHER NOTICE** that Prudential Defendants request oral argument on this motion.

[1] On July 7, 2010, the Court entered an Order approving the parties' Stipulation Extending Time to Respond to Amended Complaint. *See* Docket Entry No. 90.

Dated: September 2, 2010

Respectfully submitted,

/s/ Liza M. Walsh

Liza M. Walsh
Peter J. Pizzi
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 535-0500
Fax: (973) 535-9217

Brian E. Pastuszenski
Deborah S. Birnbach
Kathryn L. Alessi
Katherine G. McKenney
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel: (617) 570-1000
Fax: (617) 523-1231

*Counsel for Prudential Financial, Inc. and the Individual Defendants*