**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Joseph J. DePalma
Katrina Carroll
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
alite@litedepalma.com
jdepalma@litedepalma.com
kcarroll@litedepalma.com
mtarantino@litedepalma.com

*Liaison Counsel for Lead Plaintiff*
[Additional counsel on signature page]

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 09-1120-JLL-MAH |
| Plaintiff, | |
| vs. | |
| PRUDENTIAL FINANCIAL, INC., et al. | |
| Defendants. | |

### NOTICE OF MOTION FOR FINAL APPROVAL OF
### CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on November 14, 2011 at 10:30 a.m., pursuant to the

Court's August 5, 2011 Order [Dkt. No. 116] and Rule 23 of the Federal Rules of Civil

Procedure, counsel for Lead Plaintiff Paul J. Perry, Trustee of the Paul J. Perry Revocable Trust

("Plaintiff"), will move before the Honorable Jose L. Linares, U.S.D.J. at the United States

District Court, 50 Walnut Street, Newark, New Jersey 07102, for Final Approval of the proposed

294483 v1

$16,500,000 settlement (the "Settlement") of this class action litigation (the "Motion"), including the certification of a settlement class on behalf of all purchasers of the 9% Junior Subordinated Notes of Prudential Financial, Inc. from June 24, 2008 through March 12, 2009, inclusive, pursuant to and/or traceable to a Registration Statement and Prospectus issued in connection with Prudential's June 24, 2008 Initial Public Offering (the "Settlement Class").

In support of the Motion, Plaintiff has submitted (i) the Declaration Of Jeffrey S. Nobel, (ii) the Memorandum In Support Of Motion For Final Approval Of Class Action Settlement, Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, and Motion for Award to Lead Plaintiff, and (iii) a [Proposed] Final Judgment and Order of Dismissal, With Prejudice (attached hereto as Exhibit A).

Dated: October 21, 2011            **LITE DEPALMA GREENBERG, LLC**

By:   /s/ *Joseph J. DePalma*
Allyn Z. Lite
Joseph J. DePalma
Katrina Carroll
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
alite@litedepalma.com
jdepalma@litedepalma.com
kcarroll@litedepalma.com
mtarantino@litedepalma.com

*Liaison Counsel for Lead Plaintiff*

**IZARD NOBEL LLP**
Robert A. Izard
Jeffrey S. Nobel
Mark P. Kindall
Seth R. Klein
Nancy A. Kulesa
29 South Main Street, Suite 215

        West Hartford, CT  06107
        Telephone: (860) 493-6292
        Facsimile: (860) 493-6290
        jnobel@izardnobel.com

*Lead Counsel for Lead Plaintiff*