**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Joseph J. DePalma
Katrina Carroll
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
alite@litedepalma.com
jdepalma@litedepalma.com
kcarroll@litedepalma.com
mtarantino@litedepalma.com

*Liaison Counsel for Lead Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) vs. ) ) PRUDENTIAL FINANCIAL, INC., et al. ) ) Defendants. ) ) | Civil Action No. 09-1120-JLL |

### MOTION FOR AWARD OF ATTORNEYS' FEES AND <u>REIMBURSEMENT OF COSTS AND EXPENSES</u>

**PLEASE TAKE NOTICE** that on November 14, 2011 at 10:30 a.m., pursuant to the Court's August 5, 2011 Order [Dkt. No. 116], Liaison and Lead Counsel for Plaintiff ("Class Counsel") will move before the Honorable Jose L. Linares, U.S.D.J., at the United States District Court, 50 Walnut Street, Newark, New Jersey 07102 for their application for an award of (a) attorneys' fees in the amount of twenty-five percent (25%) of the $16,500,000 Settlement Fund, (b) reimbursement of costs and expenses in the amount of $179,973.63, and (c) interest on those

294481 v1

attorneys' fees, costs and expenses at the same rate as earned by the Settlement Fund from the date that the Settlement Fund was established until paid to Class Counsel.

In support of this Motion, Class Counsel have submitted (i) the Declaration of Jeffrey S. Nobel, (ii) the Memorandum In Support Of Motion For Final Approval Of Class Action Settlement, Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, and Motion for Award to Lead Plaintiff, and (iii) a [proposed] Order Awarding Attorneys' Fees and Reimbursement of Costs and Expenses (attached hereto as Exhibit A).

Dated: October 21, 2011                      **LITE DEPALMA GREENBERG, LLC**

By:      /s/ *Joseph J. DePalma*
Allyn Z. Lite
Joseph J. DePalma
Katrina Carroll
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
alite@litedepalma.com
jdepalma@litedepalma.com
kcarroll@litedepalma.com
mtarantino@litedepalma.com

*Liaison Counsel for Lead Plaintiff*

**IZARD NOBEL LLP**
Robert A. Izard
Jeffrey S. Nobel
Mark P. Kindall
Seth R. Klein
Nancy A. Kulesa
29 South Main Street, Suite 215
West Hartford, CT  06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
jnobel@izardnobel.com

*Lead Counsel for Lead Plaintiff*