Case 2:09-cv-01120-JLL -MAH Document 117 Filed 10/20/11 Page 1 of 2 PageID: 2194

LDG
ATTORNEYS AT LAW

LITE DEPALMA
GREENBERG, LLC
Newark • Chicago

TWO GATEWAY CENTER, SUITE 1201
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

October 20, 2011

***ELECTRONICALLY FILED***

Honorable Jose L. Linares, U.S.D.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Bauer v. Prudential Financial, Inc.**
**Consolidated Civil Action No. 09-1120 (JLL) (MAH)**

Dear Judge Linares:

This firm, along with our co-counsel, represents Paul J. Perry, Trustee of the Paul J. Perry Revocable Trust ("Plaintiff") in the referenced matter. We write to seek leave of Court to file an over-length brief in connection with Plaintiff's Motion for Final Approval of the Class Action Settlement, which is to be filed tomorrow pursuant to this Court's preliminary approval order of August 5, 2011. Rather than file two separate briefs in support of the settlement and in support of Plaintiff's related Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Lead Plaintiff Award, Plaintiff would like to file a single brief. No opposition or response to Plaintiff's motion is anticipated as the parties have stipulated to the proposed settlement.

In the interests of efficiency, rather than filing two briefs of up to 30 pages each in 12 point Times New Roman font, Plaintiff would like to file one brief not to exceed 40 pages, in 12 point Times New Roman font. If Plaintiff's request is acceptable, we respectfully request that Your Honor so order this letter and have it entered on the docket.

We appreciate the Court's kind consideration of this matter.

Respectfully,

*/s/ Katrina Carroll*
Katrina Carroll

KC:al
cc: All counsel via ECF System

LDG
ATTORNEYS AT LAW

**Honorable Jose L. Linares, U.S.D.J.**
**October 20, 2011**
**Page 2**

**IT IS** on this 25 day of October 2011 **SO ORDERED** that Plaintiff is given leave to file a single over-length brief not to exceed 40 pages, in 12 point Times New Roman font, in support of Plaintiff's Motion for Final Approval of Class Action Settlement; and Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Lead Plaintiff Award.

Hon. Jose L. Linares, U.S.D.J.