UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JOSE L. LINARES
Court Reporter: PHYLLIS LEWIS

Date: 11/14/2011
Civil No: 2:09-1120 (JLL)

Title of the Case:

KAREN BAUER,
v
PRUDENTIAL FINANCIAL, INC., et al

Appearances:

Robert A. Izard, Joseph J. DePalma, Mayra Tarantino, Attorneys for Plaintiff
Deborah S. Birnbach, Ruksanah L. Lighari, Attorneys for Defendant, Prudential et al

Nature of Proceedings: **(Fairness Hearing)**

Hearing on class certification, settlement and award of attorney fees and expenses.
Court RESERVED decision.

Lissette Rodriguez, Courtroom Deputy
to the Honorable Jose L. Linares, U.S.D.J.

Time Commenced: 10:30 a.m.
Time Concluded: 11:00 a.m.