**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Joseph J. DePalma
Katrina Carroll
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, NJ 07102-5003
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
alite@litedepalma.com
jdepalma@litedepalma.com
kcarroll@litedepalma.com
mtarantino@litedepalma.com

*Liaison Counsel for Lead Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL FINANCIAL, INC., et al.<br><br>Defendants. | Civil Action No. 09-1120-JLL |

**~~[PROPOSED]~~ ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES**

This matter having come before the Court on November 14, 2011, on the Motion by Class Counsel for Award of Attorneys' Fees and Reimbursement of Costs and Expenses, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this litigation to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Court hereby awards attorneys' fees in the amount of 25 % of the Settlement Fund, plus reimbursement of costs and expenses in the amount of $179,973.63 together with the interest earned thereon for the same period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees, costs and expenses awarded is fair and reasonable.

2. The awarded fees, costs and expenses shall be allocated by Lead Counsel among Class Counsel in a manner which reflects each such counsel's contribution to the institution, prosecution and resolution of the above-captioned litigation.

**SO ORDERED** this 7th day of Dec., 2011.

Honorable Jose L. Linares, U.S.D.J.