Case 2:09-cv-01120-JLL -MAH Document 120-2 Filed 10/21/11 Page 2 of 2 PageID: 2328

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL FINANCIAL, INC., et al.<br><br>Defendants. | Civil Action No. 09-1120-JLL-MAH |

**~~[PROPOSED]~~ AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. § 77 z-1(a)(4)**

This matter having come before the Court on November 14, 2011, on the Motion for Award to Lead Plaintiff Paul J. Perry, Trustee of the Paul J. Perry Revocable Trust ("Plaintiff") pursuant to 15 U.S.C. § 77z-1(a)(4), and the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this litigation to be fair, reasonable, and adequate, and otherwise being fully formed in the premises and good cause appearing therefore:

**IT IS** HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to 15 U.S.C. § 77z-1(a)(4), Plaintiff is awarded $5,000.00 to be paid from the Settlement Fund.

**SO ORDERED** this 7th day of Dec, 2011.

Honorable Jose L. Linares, U.S.D.J.