Case 2:09-cv-01120-JLL-MAH Document 128-9 Filed 10/10/12 Page 1 of 2 PageID: 2879

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated, | ) Civil Action No. 09-1120 (JLL)(MAH) |
| Plaintiff, | ) |
| vs. | ) |
| PRUDENTIAL FINANCIAL, INC., et al. | ) |
| Defendants. | ) |

**~~[PROPOSED]~~ ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS AND PAYMENT OF ADMINISTRATIVE FEES AND COSTS**

WHEREAS, this Court previously entered an Order approving a settlement and dismissing this action;

WHEREAS, this Court retained jurisdiction of the action for the purpose of considering any further application or matter which may arise in connection with the administration of the settlement and the processing of Proofs of Claim and the distribution of the Settlement Fund to authorized claimants;

NOW THEREFORE, based on Plaintiff's Motion for Distribution of Settlement Funds and for Payment of Administrative Fees and Costs, the Declaration of Joseph J. DePalma, and the Declaration of Francisco R. Garzon ("Garzon Declaration") in support thereof, and all prior proceedings herein, and after due deliberation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the administrative determinations of FRG Information Systems Corp. ("FRG") and Plaintiff's Counsel respecting the allowed

claimants, as set forth in Exhibit A to the Garzon Declaration, are hereby approved;

IT IS FURTHER ORDERED that the administrative determinations of FRG disallowing certain claims, as set forth in Exhibit B to the Garzon Declaration, are hereby approved;

IT IS FURTHER ORDERED that the firm of FRG shall be paid the sum of $223,576.61 from the Settlement Fund in this Litigation for its administrative fees and costs in connection with the claims administration process, as set forth in the Garzon Declaration;

IT IS FURTHER ORDERED that FRG shall distribute to the authorized claimants identified in Exhibit A to the Garzon Declaration all monies remaining in the Settlement Fund after payment of said $223,576.61 under the direction of Plaintiff's Counsel.

**SO ORDER** this 23 day of October, 2012.

HON. JOSE L. LINARES, U.S.D.J.