Case 2:09-cv-01120-JLL-MAH Document 130-2 Filed 01/09/14 Page 1 of 1 PageID: 2891

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

PRUDENTIAL FINANCIAL, INC., et al.

Defendants.

Civil Action No. 09-1120-JLL

**~~[PROPOSED]~~ ORDER**

This matter having come before the Court on plaintiffs' motion to distribute settlement funds to certain class members; and no timely opposition having been filed; and the Court having considered plaintiffs' submission; and for good cause having been shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

That the following class members be awarded the following amounts in the Settlement Fund:

a. Eugene Cole: $15,402.37

b. Richard Roberto: $107.38

c. Carla Roberto: $1,387.68

d. Porter Craps: $48.68

e. Jeanne Ryde: $578.20

**SO ORDERED** this 18 day of February, 2014.

Honorable Jose L. Linares, U.S.D.J.

400726v1